

# NUMBER 13-10-00512-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

MARCO ANTONIO RAMIREZ, ALFREDO
RAMIREZ, AND LYDIA R. RAMIREZ,                          Appellants,

v.

LONE STAR NATIONAL BANK,                                Appellee.

---

On appeal from 206th District Court
of Hidalgo County, Texas.

---

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Benavides
Memorandum Opinion Per Curiam**

This case is before the Court on a joint motion to reverse and remand the cause to the trial court for further proceedings. The parties have reached an agreement with regard to the disposition of the matters currently on appeal. The parties request this Court to reverse the judgment of the trial court, without regard to the merits, and remand this case for further action by the trial court. We GRANT the motion and REVERSE the

trial court's judgment without reference to the merits, and REMAND this case to the trial court for further proceedings in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B), 43.2(d).

Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

PER CURIAM

Delivered and filed the
12th day of May, 2011.